IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ONE RIVERSIDE CONDOMINIUM ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> VOYAGER INDEMNITY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO CERTIFICATE NO. B1230SP00788A21, <br><br> Defendants. | CIVIL ACTION <br> NO. 23-1255 |

## ORDER

**AND NOW**, this 6th day of December 2024, upon receipt of Magistrate Judge Scott W. Reid's notification that the above-captioned case is settled, it is **ORDERED** as follows:

1. The above-captioned case is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b) as to all Defendants.

2. The Clerk of Court shall close the case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.