UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ONE RIVERSIDE CONDOMINIUM ASSOCIATION, INC. | : | CIVIL ACTION |
| Plaintiff | : | |
| vs. | : | NO:   2:23-CV-01255 |
| VOYAGER INDEMNITY INSURANCE COMPANY, CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBCRIBING TO CERTIFICATE NO. B1230SP00788A21 | : | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | : | |

**IT IS HEREBY STIPULATED AND AGREED** to by and between the attorneys for Plaintiff, ONE RIVERSIDE CONDOMINIUM ASSOCIATION, INC. ("Plaintiff") and Defendants, VOYAGER INDEMNITY INSURANCE COMPANY and CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO CERTIFICATE NO. B1230SP00788A21 ("Defendants") that the above-captioned action is hereby dismissed with prejudice, each party bearing its own costs.

| **STRADLEY RONON** | **MERLIN LAW GROUP, PLLC** | **CHARTWELL LAW** |
|---|---|---|
| */s/ Daniel T. Fitch, Esq.* | */s/ Daniel W. Ballard, Esq.* | */s/ Christpher J. Sulock, Esq.* |
| Daniel T. Fitch, Esq. | Daniel W. Ballard, Esq. | Christpher J. Sulock, Esq. |
| 2005 Market Street | 125 Half Mile Road | 130 N. 18th Street |
| Suite 2600 | Suite 110 | Suite 1200 |
| Philadelphia, PA 1910 | Red Bank, NJ 07701 | Philadelphia, PA 19103 |
| (T) 215-564-8063 | (T) 732-704-464 | (T) 215-972-5450 |
| DFitch@Stradley.com | dballard@merlinlawgroup.com | CSulock@Chartwelllaw.com |

MERLIN LAW GROUP, PA
125 Half Mile Road, Suite 201
Red Bank, New Jersey 07701
www.Merlinlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of January 2025, I personally caused a copy of the foregoing to be served upon all parties via the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of records including the following:

**STRADLEY RONON**

Daniel T. Fitch, Esq.
2005 Market Street
Suite 2600
Philadelphia, PA 1910
(T) 215-564-8063
DFitch@Stradley.com

**CHARTWELL LAW**

Christpher J. Sulock, Esq.
130 N. 18th Street
Suite 1200
Philadelphia, PA 19103
(T) 215-972-5450
CSulock@Chartwelllaw.com

_____
Daniel W. Ballard, Esq.

MERLIN LAW GROUP, PA
125 Half Mile Road, Suite 201
Red Bank, New Jersey 07701
www.Merlinlawgroup.com